# EXHIBIT B



Nupur Nagar <nupurnagar87@gmail.com>

## RE: EXTERNAL: Re: VYAS QDRO Matter
3 messages

**Chambers, Louise S (N-CHAMBERS QDRO CONSULTING SERVICES LLC)**     Mon, Aug 10, 2015 at
<louise.s.chambers@lmco.com>     1:48 PM
To: Nupur Nagar <nupurnagar87@gmail.com>
Cc: Erin Hanson <ehanson@mirchlaw.com>

Dear Ms. Nagar,


In follow-up to our earlier communication, please find attached the plan document and Summary Plan Description for the retirement plan Mr. Vyas participated in while employed by Lockheed Martin.

___

From: Nupur Nagar [nupurnagar87@gmail.com]
Sent: Friday, August 07, 2015 3:12 PM
To: Chambers, Louise S (N-CHAMBERS QDRO CONSULTING SERVICES LLC)
Cc: Erin Hanson
Subject: EXTERNAL: Re: VYAS QDRO Matter

Thank you we appreciate your assistance in the matter.
Nupur Nagar Esq

On Fri, Aug 7, 2015 at 11:44 AM, Chambers, Louise S (N-CHAMBERS QDRO CONSULTING SERVICES LLC) <louise.s.chambers@lmco.com<mailto:louise.s.chambers@lmco.com>> wrote:
Dear Ms. Nagar,


Pursuant to your telephone call this afternoon stating you had not yet received our July 21, 2015 letter in response to your recent inquiry, please find attached our correspondence and sample QDRO for use with the tax-qualified pension plans sponsored by Lockheed Martin. Once the terms of an order have been drafted, we recommend the proposed order be submitted to our office, via fax, for review and pre-determination prior to entering it with the court. Our secure fax number is 1-855-775-7376<tel:1-855-775-7376> and our NEW mailing address is:

Lockheed Martin QDRO Dept.
PO Box 3199
Ponte Vedra Beach, FL 32004-3199

As we discussed, based on the Judgment entered December 10, 2009 with the Orange County Superior Court, it would appear Mr. Bhaskar Vyas was a participant in the retirement plan during the marriage. As indicated in our correspondence and in accordance with Department of Labor guidelines, we have placed a restriction on the retirement records to prohibit the commencement of any payments until the earlier of 18 months form the date of our letter or submission and approval of a properly executed Qualified Domestic Relations Order.

Since you indicated that you are not familiar with QDRO administrative practices, you may wish to review the Department of Labor website for additional information on the topic. I am confident that you will find we are in full compliance with all federal regulations under ERISA and Internal Revenue Code.

http://www.dol.gov/ebsa/publications/qdros.html

Please contact our office at 1-877-708-7748<tel:1-877-708-7748> should you have any additional questions.

Thank you,
Louise Chambers
QDRO Manager

Do not reply to this email address with any personal or confidential information or documents of any kind as they will not be acknowledged.

---

2 attachments

 **Loral Vought Systems Salaried Retirement Plan Document 8_31_92.pdf**
4498K

 **LMRP_RIP III SPD_non FS (FINAL 20140627).pdf**
457K

---

**Nupur Nagar** <nupurnagar87@gmail.com>　　　　　　　　　　　　　　　　　　　Mon, Aug 10, 2015 at 2:05 PM
To: "Chambers, Louise S (N-CHAMBERS QDRO CONSULTING SERVICES LLC)" <louise.s.chambers@lmco.com>

Thank you Ms.Chambers.
Nupur Nagar Esq
[Quoted text hidden]

---

**Nupur Nagar** <nupurnagar87@gmail.com>　　　　　　　　　　　　　　　　　　　Mon, Aug 10, 2015 at 2:27 PM
To: "Chambers, Louise S (N-CHAMBERS QDRO CONSULTING SERVICES LLC)" <louise.s.chambers@lmco.com>

[Quoted text hidden]