AO 440 (Rev. 06/12)  Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Central District of California

| | |
|---|---|
| DR. SUJATA VYAS, an individual<br><br>*Plaintiff(s)*<br>v.<br>BHASKAR VYAS, an individual; SEE ATTACHED<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No.<br>)<br>)<br>)<br>)<br>)<br>) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*




    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure.  The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:



    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.


*CLERK OF COURT*


Date: _____              _____
                                                                                  *Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify)*:


My fees are $ _____ for travel and $ _____ for services, for a total of $     0.00     .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

**James Garrison, Esq., (SBN: 224401)**
324 Maple Ridge Dr.,
Big Bear City, CA 92314

**Nupur Nagar, Esq., (SBN: 224573)**
17601 Canyonwood Dr.,
Riverside, CA 92504
Tel: 951-347-7647
Fax: 951-346-3745

Attorneys for Plaintiff, DR. SUJATA VYAS, an individual

## UNITED STATED FEDERAL COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DR. SUJATA VYAS, an individual,**<br><br>**Plaintiff,**<br><br>vs.<br><br>**BHASKAR VYAS, an individual; NANCY BUNN; LOCKHEED MARTIN PENSION PLAN AND ADMINISTRATOR; QDRO CONSULTING SERVICES, LLC; KAISER PERMANENTE PENSION PLAN AND ADMINISTRATOR; and DOES 1 through 100, inclusive,**<br><br>**Defendants.** | CASE NO.:<br><br>DEPT.:<br><br>ASSIGNED FOR ALL PURPOSES TO THE HONORABLE JUDGE:<br><br>**PLAINTIFF'S COMPLAINT FOR: (1) DECLARATORY AND EQUITABLE RELIEF,**<br>**(2) INJUNCTIVE RELIEF,**<br>**(3) ACCOUNTING,**<br>**(4) CONSTRUCTIVE TRUST AND RESTITUTION, AND**<br>**(5) DAMAGES AS THE COURT SEES FIT** |

//

1