# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DR. SUJATA VYAS, an individual, <br><br> Plaintiff, <br><br> v. <br><br> BHASKAR VYAS, an individual; NANCY BUNN, an individual; LOCKHEED MARTIN PENSION PLAN AND CHAMBERS QDRO CONSULTING SERVICES, LLC; CHARLES SCHWAB AND SCHWAB RETIREMENT PLAN SERVICES COMPANY AS PLAN ADMINISTRATOR; COMMITTEE SOUTHERN CALIFORNIA PERMANENTE MEDICAL GROUP (SCPMG) PLAN ADMINISTRATOR; and DOES 1 through 100, inclusive, <br><br> Defendants. | CV 15-02152 RSWL (DFMx <br><br> **JUDGMENT** |

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that judgment be entered in favor of Defendants Bhaskar Vyas and Schwab Retirement Plan Services, Inc. (erroneously sued as "Charles Schwab and Schwab Retirement Plan Services Company as Plan Administrator") and against

1

Plaintiff Dr. Sujata Vyas ("Plaintiff").

As no Defendants remain, the case is dismissed and the Clerk shall close this matter.

**IT IS SO ORDERED.**

DATED: October 13, 2017      s/ RONALD S.W.LEW

**HONORABLE RONALD S.W. LEW**
Senior U.S. District Judge